# United States District Court
## Southern District of Georgia

AUGUSTA DEJUAN HATHAWAY

Plaintiff

v.

REEF SYSTEMS CORPORATION

Defendant

Case No. 4:24-cv-00140-RSB-CLR

Appearing on behalf of

Defendant

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  2nd  day of  December , 2024 .

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Shameka C. Rolla

Business Address: Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan L.L.P.
Firm/Business Name

150 Fayetteville St.
Street Address

Suite 2300 | Raleigh | NC | 27601
Street Address (con't) | City | State | Zip

P.O. Box 2611
Mailing Address (if other than street address)

_____ | Raleigh, | NC | 27602
Address Line 2 | City | State | Zip

919 821 6652 | n/a
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: srolla@smithlaw.com