# United States District Court

## Southern District of Georgia

AUGUSTA DEJUAN HATHAWAY

Plaintiff

Case No. 4:24-cv-140

v.

REEF SYSTEMS CORPORATION

Defendant

Appearing on behalf of

AUGUSTA DEJUAN HATHAWAY

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 7th day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: BRIAN C. WINFREY

Business Address: THE WINFREY FIRM
Firm/Business Name

613 WOODLAND ST
Street Address

NASHVILLE   TN   37206
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

_____   _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: BRIAN@THEWINFREYFIRM.COM