IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| AUGUSTA DEJUAN HATHAWAY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-140 |
| v. | |
| REEF SYSTEMS CORPORATION, | |
| Defendant. | |

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice, signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties stipulate to the dismissal of this matter with prejudice, with each party to bear its own costs and attorneys' fees. (Doc. 32.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 21st day of April, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA